UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARQUIS MOSES | Honorable Mary L. Cooper<br><br>Crim. No. 08-cr-00805 (MLC)<br><br>**ORDER FOR RELEASE PENDING HEARING ON SUPERVISED RELEASE** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (John E. Clabby, Assistant United States Attorney, appearing), in the presence of Andrea Bergman, Assistant Federal Public Defender, attorney for defendant Marquis Moses, for an order pursuant to Title 18, United States Code, Section 3143(a)(1) and Federal Rule of Criminal Procedure 32.1(a)(6), for release of defendant Moses subject to conditions pending a violation of supervised release hearing in the above-entitled matter; defendant Moses through counsel having consented to such release with conditions; and for good cause shown:

IT IS, therefore, on this 22ND day of April, 2014,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a)(1) and Federal Rule of Criminal Procedure 32.1(a)(6), that defendant Moses be released pending a violation of supervised release hearing in this matter or further court order, subject to the terms and conditions of supervised release set forth in the Judgment (Dkt. No. 22) and the following additional condition: defendant Moses shall reside with his mother at her residence in Jersey City, New Jersey.

RECEIVED

APR 2 2 2014

AT 8:30_____ M
WILLIAM T. WALSH CLERK

_____
HONORABLE MARY L. COOPER
United States District Judge